IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERFLINGER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>    Defendant(s). | No. C 09-03014 CRB (PR)<br><br>ORDER |

    Good cause appearing, plaintiff's request for an extension of time to file an opposition to defendant(s)'s motion for summary judgment, or summary adjudication, is GRANTED. Plaintiff shall file an opposition by no later than September 24, 2010, and defendant(s) shall file a reply within 15 days thereafter.

    No further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 37.

SO ORDERED.

DATED: Sept. 1, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Terflinger, R1.eot3.wpd